**Opinion issued March 13, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-25-00006-CV**

_____

**MARCUS L. DAVIS AND KULTURE@GRB, LLC, Appellants**

**V.**

**HORIZON UNITED GROUP INTERNATIONAL, LLC
D/B/A HORIZON GROUP INTERNATIONAL, Appellee**

---

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Case No. 2022-32010**

---

## MEMORANDUM OPINION

Appellants Marcus L. Davis and Kulture@GRB, LLC filed a Motion for Voluntary Dismissal requesting an order from this Court "dismissing this appeal." No cross appeal has been filed and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

We grant Appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). All other pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.